# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

CODY J. CHISM                                                                                           PLAINTIFF
ADC #138088

v.                                        No. 5:14CV00383 JLH

VEODIS D. KNIGHT, *et al*.                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

DATED this 14th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE